UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1743**

Case Title: **United States of America** vs. **Billy Wayne Street**

List all clients you represent in this appeal:

**United States of America**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Tara Hindelang**    Signature: s/ **Tara Hindelang**

Firm Name: **United States Attorney's Office**

Business Address: **211 West Fort Street, Suite 2001**

City/State/Zip: **Detroit, MI 48226**

Telephone Number (Area Code): **(313)226-9543**

Email Address: **Tara.Hindelang@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17